### [ PECK v. WELLS ]

Thomas Peck jun^r plaint. ag^t John Wells Defend^t in an action of the case for the Forfiture of a bond of Ninety pounds in money, bearing date the sixth of Octob^r 1677. . . . The Jury . . . found for the plaint. Forfiture of the bond Ninety pounds money and costs of Court granted £. one pound eighteen Shillings two pence.

Execution issued 19° Feb^r 1678/9.

William Coleman plaint. ag$^t$ m$^r$ Humphry Davie Defend$^t$ The plaint. was nonsuted upon non appearance.